UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA V. BIESTERFELDT, JOHN W. BIESTERFELDT, CHRISTINE M. PIPER, DOUGLAS S. PIPER, WALTER J. SWINDELL, MARY M. WEBER, and SCOTT WEBER, On Behalf of Themselves and All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>Defendants. | Civil Action<br>No. 1:05-cv-10559-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Attorney Adam L. Sisitsky of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005

Respectfully submitted,

/s/ Adam L. Sisitsky
John F. Sylvia (BBO #555581)
Adam L. Sisitsky (BBO #637532)
MINTZ, LEVIN, COHN, FERRIS,
 GLOSKY AN POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Counsel for Defendants

LIT 1515915v1