UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA V. BIESTERFELDT, JOHN W. BIESTERFELDT, CHRISTINE M. PIPER, DOUGLAS S. PIPER, WALTER J. SWINDELL, MARY M. WEBER, and SCOTT WEBER, On Behalf of Themselves and All Persons Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>　　　　　　　　　Defendants. | Civil Action<br>No. 1:05-cv-10559-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Attorney John F. Sylvia of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John F. Sylvia
　　　　　　　　　　　　　　　　　　　　John F. Sylvia (BBO #555581)
　　　　　　　　　　　　　　　　　　　　Adam L. Sisitsky (BBO #637532)
　　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　　　　GLOSKY AN POPEO, P.C.
　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　(617) 542-6000

　　　　　　　　　　　　　　　　　　　　Counsel for Defendants

LIT 1515596v1